Approved.

s/ Jack Zouhary
U.S. DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Noelle Mitchell, | * | Case No. 3:18-CV-257 |
| Plaintiff, | * | |
| | | Judge Zouhary |
| v. | * | |
| Marco's Pizza Distribution, LLC, | * | |
| Defendant. | * | |

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff Noelle Mitchell, by and through the undersigned counsel, to hereby give the Court notice of dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) of her claims against Defendant Marco's Pizza Distribution, LLC in the above-captioned matter. All parties to bear their own attorneys' fees and costs, except as otherwise agreed. Consistent with *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), the parties agree that the Court shall retain jurisdiction to enforce the terms of this dismissal.

Respectfully submitted,

**BRYANT LEGAL, LLC**

/s/ *Daniel I. Bryant*
Daniel I. Bryant (0090859), Trial Attorney
1457 S. High St.
Columbus, Ohio 43207
Telephone: (614) 704-0546
Facsimile: (614) 573-9826
Email: dbryant@bryantlegalllc.com

/s/ *Matthew B. Bryant*
Matthew B. Bryant (0085991)
3450 W Central Ave., Suite 370
Toledo, Ohio 43606
Telephone: (419) 824-4439
Facsimile: (419) 932-6719
Email: Mbryant@bryantlegalllc.com

*Attorneys for Plaintiff Noelle Mitchell*

*/s/ David R. Hudson (per email consent)*
David R. Hudson (0084988)
**REMINGER CO., L.P.A.**
One Seagate, Suite 1600
Toledo, Ohio 43604
Telephone: (419) 254-1311
Facsimile: (419) 243-7830
Email: dhudson@reminger.com

*Attorneys for Defendant*
*Marco's Pizza Distribution, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2018 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record of all parties.

s/ *Daniel I. Bryant*
Daniel I. Bryant (0090859)